# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| RONALD SATISH EMRIT | § | |
| | § | CIVIL ACTION NO. 4:23CV643 |
| V. | § | JUDGE MAZZANT/JUDGE JOHNSON |
| | § | |
| SABINE AISHA JULES | § | |

### MEMORANDUM ADOPTING REPORT AND
### RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On October 24, 2023, the Magistrate Judge entered a Report and Recommendation (Dkt. #7) that Plaintiff Ronald Satish Emrit's claim be dismissed for want of subject matter jurisdiction under Rule 12(h)(3) of the Federal Rules of Civil Procedure.

Having received the report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

Accordingly, Plaintiff's claim is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

**SIGNED this 2nd day of December, 2023.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE